**Inyang Peter ODUOK, Plaintiff–Appellant,**

v.

**John FERRO, Individual and in his official capacity as Police Officer, Peter Jones, Individual and in his official capacity as Police Officer, Defendants–Appellees.**

Nos. 06–16555, 07–13681.

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2008.

Inyang Peter Oduok, Decatur, GA, for Plaintiff–Appellant.

George Weaver, Hollberg & Weaver, LLP, Atlanta, GA, Deborah L. Dance, Cobb County Attorney's Office, Marietta, GA, for Defendants–Appellees.

Before WILSON and COX, Circuit Judges, and FAWSETT,* District Judge.

PER CURIAM:

Inyang Peter Oduok, proceeding *pro se*, appeals a jury verdict in favor of two Cobb County police officers, John Ferro and Peter Jones, related to his Fourth Amend-

---

* Honorable Patricia C. Fawsett, United States District Judge for the Middle District of Flori-da, sitting by designation.

ment excessive force claim under 42 U.S.C. § 1983.

Oduok argues the following on appeal: (1) that the verdict was against the weight of the evidence; (2) that the district court erred by failing to grant Oduok's pretrial motion seeking recusal of the district court judge; (3) that the district court erred by permitting his private counsel to withdraw and refusing to appoint new counsel; (4) that the district court abused its discretion when it required Oduok to pre-submit the questions for his direct examination of witnesses; (5) that the district court erred by refusing to issue Oduok blank, signed subpoenas for various witnesses; (6) that the district court erred by failing to impose sanctions against the police officers for tampering with evidence; (7) that the district court erred by failing to appoint an interpreter to accommodate Oduok's hearing impairment; (8) that the district court erred by permitting a police baton as demonstrative evidence; (9) that the district court erred by admitting the prejudicial testimony of Oduok's ex-wife in violation of the marital privilege; (10) that the district court erred by allowing defense counsel to discuss certain evidence in its closing argument; (11) that the district court erred in its comments to the jury explaining Oduok's *pro se* status and in its final jury instructions as to the law; (12) that the district court erred in denying Oduok's motion for mistrial or a new trial due to misconduct by defense attorneys and procedural irregularities; (13) that the district court erred in not admitting the nolle pros of criminal charges into evidence; (14) that the district court erred in refusing to allow the jury to view the videotape of Officer Ferro's cruiser; (15) that the district court erred in permitting the amendment of the pretrial order to include photographs depicting the scene of the incident; and (16) that Oduok was denied a fair trial because of other procedural irregularities.

## CONCLUSION

After carefully considering the record and the parties' briefs, and with the benefit of oral argument, we find that Oduok's arguments are without merit.

Accordingly, we affirm.

**AFFIRMED.**